**Electronically Filed**
**Supreme Court**
**SCWC-22-0000457**
**14-FEB-2023**
**08:46 AM**
**Dkt. 11 ODAC**

SCWC-22-0000457

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE
RATE MORTGAGE TRUST 2005-2, ADJUSTABLE RATE MORTGAGE-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2005-2,
Respondent/Plaintiff-Appellee,

vs.

KELLY EDWARDS, aka KELLY ANNE EDWARDS,
individually and as Trustee of the Edwards Family
Trust U/D/T dated September 19, 1996,
Petitioner/Defendant-Appellant,

and

THE ESTATE OF STUART D. EDWARDS, aka STUART DENZIL EDWARDS,
Respondent/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000457; CIVIL NO. 3CC15100031K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The application for writ of certiorari, filed on
December 21, 2022, by petitioner/defendant/appellant Kelly
Edwards aka Kelly Anne Edwards is hereby rejected.

Dated: Honolulu, Hawai'i, February 14, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

